FILED
2021 May-17 PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "A"

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-<br>Date of Filing: 04/12/2021    Judge Code: |
|---|---|---|

ELECTRONICALLY FILED
4/12/2021 3:35 PM
01-CV-2021-901092.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**KOURTNEY TILLMAN v. STARBUCKS CORPORATION**

**First Plaintiff:**  ☐ Business  ☑ Individual        **First Defendant:**  ☑ Business  ☐ Individual
                     ☐ Government ☐ Other                                    ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER
            R ☐ REMANDED              T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
KIZ004          4/12/2021 3:35:39 PM          /s/ KRISTIN KIZZIAH
                Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☑ NO

DOCUMENT 2
Case 2:21-cv-00682-GMB   Document 1-1   Filed 05/17/21   Page 3 of 18

ELECTRONICALLY FILED
4/12/2021 3:35 PM
01-CV-2021-901092.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| KAYLEIGH TILLMAN, a minor by and through her mother and next of friend, KOURTNEY TILLMAN, | )<br>)<br>)<br>) |
| PLAINTIFF, | )<br>) |
| v. | ) CV NO.: 2021- |
| STARBUCKS CORPORATION, a corporation; fictitious parties A; B;C;D;E; and/or F; being those persons, whose violation of law and/or whose tortuous and/or wrongful conduct caused and/or contributed to the Plaintiff's damages or injuries whose true name or names are unknown to Plaintiff but whose names will be added by amendment when ascertained, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DEFENDANTS. | ) |

## COMPLAINT

COMES NOW, the Plaintiff, Kourtney Tillman as mother and next of friend to Kayleigh Tillman, by and through the undersigned counsel and hereby consents to the jurisdiction of the Circuit Court of Jefferson County and alleges against the Defendant named herein above, including Fictitious Defendants; A; B; C; D; E; and F, jointly and severally, as follows:

## PARTIES & VENUE

1. Plaintiff, Kayleigh Tillman, is a minor child under the age of nineteen (19) years represented by her mother Kourtney Tillman who is over the age of nineteen (19) and a resident citizen of Jefferson County, Alabama at the time of the incident made the basis of this suit and are

current residents of Etowah County, Alabama.

2. Defendant, Starbucks Corporation, is believed to be a corporation doing business in Jefferson County, Alabama at all times material hereto.

3. The dog bite incident made the basis of this complaint occurred in Jefferson County, Alabama.

4. Fictitious parties A, B, and C are those individuals who's negligent and/or wanton acts caused or contributed to the damages incurred by the Plaintiff. The said negligent acts of fictitious parties A, B, and/or C include, but are not limited to, the control, ownership, and possession of the dog which attacked the Plaintiff, Kayleigh Tillman, on or around May 27, 2019. Fictitious parties D, E, and/or F, are those individuals who were landlords over the property and negligently and/or wantonly allowed a dangerous dog to be kept and/or housed and/or allowed on said property which led to the dog attack.

## FACTUAL ALLEGATIONS

5. Plaintiff alleges that on or about May 27, 2019, Plaintiff was on the patio of the Starbucks location in Irondale, Alabama with her mother, when she attempted to pet a dog. Said dog viciously attacked the Plaintiff causing puncture wounds, lacerations, injury to her eye(s), swelling and scaring.

6. Plaintiff alleges that it is the ordinary custom and practice of the Defendant, Starbucks Corporation ("Starbucks") and/or Fictitious Defendant's A, B, C, D, E, and/or F to allow dogs on the premises during hours of operation in which are open to the public and/or while employees are present, being clocked in or on a break.

7. Plaintiff alleges as a result of the dog attack; Plaintiff has suffered the following damages:

a) Physical injuries including large lacerations and abrasions to her face, eye(s), resulting in permanent scars;

b) Incurred medical expenses, including medicine, physician's fees and hospital fees, continuing in the future;

c) Temporary and/or permanent disability, continuing in the future;

d) Physical pain and suffering, continuing in the future;

e) Mental anguish;

f) Permanent Impairment;

g) Permanent Nerve Damage;

h) Permanent Disfigurement.

**FIRST CAUSE OF ACTION : LIABILITY UNDER COMMON LAW OF ALABAMA**

8. Plaintiff re-alleges and adopts by incorporation all allegations as found in Paragraphs 1-7 above.

9. Plaintiff alleges that the Defendants, knew of and/or should have known of the dangerous propensity of customarily allowing dog(s) on their premises and failed to take precautions to keep the dog from biting and attacking the Plaintiff.

10. Defendant Starbucks failed to post any warning signs and/or notices of their ordinary practice of allowing dog(s) on their premises during hours of operation in which licensee(s), invitee(s), customers, staff, and any of the like not aforementioned would be present on the premises.

11. As a result of Defendants' knowledge of the dangerous propensity of allowing dogs

on their premises, the Defendants are responsible for the damages suffered by the Plaintiff as stated above.

WHEREFORE, the Plaintiff demands compensatory and/or punitive damages against the Defendants with interest and costs of this action.

## SECOND CAUSE OF ACTION: NEGLIGENCE AND/OR WANTONNESS OF DEFENDANTS

12. Plaintiff re-alleges and adopts by incorporation all allegations as found in Paragraphs 1-11 above.

13. Plaintiff further alleges that Defendants negligently and/or wantonly caused or contributed to the damages incurred by the Plaintiff by negligently and/or wantonly allowing dogs on their premises, during hours of operation in which licensee(s), invitee(s), customers, staff, and any of the like not aforementioned would be present on the premises.

14. The said acts of Defendants include, but are not limited to, knowing of the dangerous propensity of dogs and knowing that dogs could injure another person; failing to properly notice and/or warn of the presence of and/or potential presence of dog(s) being on the premises and/or allowed on the premises; failing to establish and/or enforce leash requirements while allowing dogs on the premises; knowing of the propensity of the dogs to wander from their owners; knowing of the propensity and/or high probability of owners failing to monitor their dogs closely when distracted; and failing to warn of dangerous propensity of dogs.

15. Plaintiff alleges that based on the negligence and/or wantonness of Defendants; the Plaintiff suffered the above stated damages.

WHEREFORE, Plaintiff demands compensatory and/or punitive damages against the Defendants for negligence and/or wantonness together with interest and costs of this action.

### THIRD CAUSE OF ACTION: FAILURE TO WARN

16. Plaintiff re-alleges and adopts by incorporation all allegations as found in Paragraphs 1-15 above.

17. Defendants owed a duty to exercise reasonable care to provide a safe environment, particularly to keep and maintain its premises in a reasonably safe condition and a duty to warn when dangerous conditions were present.

18. Defendants breached their duty by failing to properly and adequately warn of the dangerous condition present that day, specifically the presence of dog(s) on the premises and/or allowed on the premises.

19. As a direct and proximate result of the above and foregoing acts and omissions on the part of the Defendants, and without negligence of the Plaintiff contributing thereto, Plaintiff suffered severe injuries as stated above.

WHEREFORE, Plaintiff demands compensatory and/or punitive damages against the Defendants for negligence and/or wantonness together with interest and costs of this action.

### FOURTH CAUSE OF ACTION: NEGLIGENT SUPERVISION AND TRAINING

20. Plaintiff re-alleges and adopts by incorporation all allegations as found in Paragraphs 1-19 above.

21. Defendant owed a duty to properly supervise and/or train all employees, in the scope and course of their employment, including using reasonable safety precautions to keep and maintain the premises in a reasonable safe condition.

22. Defendants breached their duty by failing to properly instruct and/or supervise personnel to be aware when dogs are present on the premises and/or enforcing the rules and guidelines in which they are allowed, failing to request dogs to be taken off the premises when present, and/or adequately, properly, and/or reasonably warn patrons when dangerous conditions

were present.

23. At all times material hereto, Defendant Starbuck's employees acted within the scope of their employment.

24. Defendants' breach of duty was the direct and proximate cause of the harm suffered by the Plaintiff, and but for the negligent conduct of Defendant's employees the harm suffered by the Plaintiff would have been avoided.

25. As a direct and proximate result of the above and foregoing acts and omissions on the part of the Defendants employees, and without negligence of the Plaintiff contributing thereto, Plaintiff suffered severe injuries as stated above.

WHEREFORE, Plaintiff demands compensatory and/or punitive damages against the Defendants for negligence and/or wantonness together with interest and costs of this action.

## FIFTH CAUSE OF ACTION: NEGLIGENCE AND/OR WANTONNESS OF FICTITIOUS DEFENDANTS A; B; AND/OR C

26. Plaintiff re-alleges and adopts by incorporation all allegations as found in Paragraphs 1-25 above.

27. Plaintiff further alleges that Fictitious parties A, B, and/or C negligently and/or wantonly caused or contributed to the damages incurred by the Plaintiff by negligently and/or wantonly controlling, owning and/or possessing said dog, allowing dogs on the premises, and failing to warn of dogs on the premises.

28. The said acts of fictitious parties A, B, and/or C include, but are not limited to, knowing of the dangerous propensity of dogs generally and/or specifically around people they are not familiar with and knowing that they could injure another person.

29. Plaintiff alleges that based on the negligence and/or wantonness of Fictitious parties A, B, and/or C, the Plaintiff suffered the above stated damages.

WHEREFORE, Plaintiff demands compensatory and/or punitive damages against the Defendants, A; B; and/or C; jointly and severally, for negligence and/or wantonness together with interest and costs of this action.

### SIXTH CAUSE OF ACTION: NEGLIGENCE AND/OR WANTONNESS OF FICTITIOUS DEFENDANTS D; E; AND/OR F

30.     Plaintiff re-alleges and adopts by incorporation all allegations as found in Paragraphs 1-29 above.

31.     Plaintiff further alleges that Fictitious parties D, E, and/or F negligently and/or wantonly allowed said dog to be housed and/or kept and/or allowed on the premises knowing of the dangerous propensity and/or that they could bite or attack someone.

32.     Plaintiff alleges that based on the negligence and/or wantonness of Fictitious parties D, E, and/or F, the Plaintiff suffered the above stated damages.

WHEREFORE, Plaintiff demands compensatory and/or punitive damages against the Defendant, D; E; and/or F; jointly and severally, for negligence and/or wantonness together with interest and costs of this action.

Respectfully submitted,

PEPPER & ODOM, PC
By: *s/Kristin M. Kizziah*
Kristin M. Kizziah
Alabama State Bar No. KIZ004
1929 3rd Avenue North, Suite 600
Birmingham, Alabama 35203
Tel: (205) 250-1107
Fax: (205) 994-6746
Email: kristin@pepperodom.com

**PLEASE SERVE DEFENDANTS AS FOLLOWS:**

Starbucks Corporation
641 South Lawrence Street
Montgomery, AL 36104

Case 2:21-cv-00682-GMB   Document 1-1   Filed 05/17/21   Page 10 of 18



AlaFile E-Notice

01-CV-2021-901092.00

To: KRISTIN KIZZIAH
kristin@pepperodom.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KOURTNEY TILLMAN V. STARBUCKS CORPORATION
01-CV-2021-901092.00

The following complaint was FILED on 4/12/2021 3:35:48 PM

Notice Date:     4/12/2021 3:35:48 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-901092.00

To: STARBUCKS CORPORATION
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KOURTNEY TILLMAN V. STARBUCKS CORPORATION
01-CV-2021-901092.00

The following complaint was FILED on 4/12/2021 3:35:48 PM

Notice Date:    4/12/2021 3:35:48 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2021-901092.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**KOURTNEY TILLMAN V. STARBUCKS CORPORATION**

**NOTICE TO:** STARBUCKS CORPORATION, 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KRISTIN KIZZIAH,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1929 3RD AVENUE NORTH, STE. 600, BIRMINGHAM, AL 35203.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KOURTNEY TILLMAN pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 04/12/2021 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ KRISTIN KIZZIAH
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.
*(Name of Person Served)   (Name of County)   (Date)*

| | | (Address of Server) |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
KOURTNEY TILLMAN V. STARBUCKS CORPORATION

01-CV-2021-901092.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.36

Parties to be served by Certified Mail - Return Receipt Requested

STARBUCKS CORPORATION                                    Postage: $7.36
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STARBUCKS CORPORATION
   641 SOUTH LAWRENCE STREET
   MONTGOMERY, AL 36104

9590 9402 6337 0296 9832 79

2. Article Number (Transfer from service label)

7020 1810 0000 0880 8621

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

S/C

CV-21-901092

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 1810 0000 0880 8621

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STARBUCKS CORPORATION

641 SOUTH LAWRENCE STREET

MONTGOMERY, AL 36104



9590 9402 6337 0296 9832 79

2. Article Number (Transfer from service label)

7020 1810 0000 0880 8621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kelly Webster*  ☑ Agent
             ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
                              | 4-16-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

S/C

CV-21-901092

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery
     (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**USPS TRACKING #**

9590 9402 6337 0296 9832 79

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
APR 21 2021
JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2021-901092.00
Judge: JAVAN J. PATTON

To: KIZZIAH KRISTIN MICHELLE
kristin@pepperodom.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KOURTNEY TILLMAN V. STARBUCKS CORPORATION
01-CV-2021-901092.00

The following matter was served on 4/16/2021

**D001 STARBUCKS CORPORATION**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov