# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KAYLEIGH TILLMAN, a minor by and through her mother and next of friend Kourtney Tillman,** | |
| Plaintiff, | |
| vs. | **CASE NO.:** <br><br> **2:21-CV-00682-GMB** |
| **STARBUCKS CORPORATION, *et. al.*,** | |
| Defendant(s). | |

## **MOTION FOR ADMISSION PRO HAC VICE OF KRISTIN M. KIZZIAH, ESQ.**

**COMES NOW**, Andrew S. Ladores, Esquire, hereby moves this Honorable Court for an order admitting *pro hac vice* Kristin M. Kizziah, Esquire to appear and practice before this Court as counsel for the Plaintiffs, and states the following in support thereof:

1. Andrew S. Ladores, the undersigned, is partner with the law firm of Ladores Law Firm, LLC, 1929 3rd Avenue North, Suite #600, Birmingham, AL 35203, has been admitted to practice and is a member in good standing of the Alabama State Bar, Florida State Bar, the United States District Court for the Northern District of Alabama, and Eleventh Circuit Court of Appeals.

2. Kristin M. Kizziah, Esquire is a of counsel associate with the law firm of Pepper & Odom, PC  1929 3rd Avenue North, Ste. 600, Birmingham, AL 35203, (205)-250-1107, fax

(205)-994-6746, and email address of Kristin@pepperodom.com.  Ms. Kizziah is a member in good standing of the Alabama State Bar and the United States District Courts for the Middle District of Alabama.  Her Alabama bar registration number is asb-9597-W50S.

3. There are no disciplinary proceedings pending in any jurisdiction against Ms. Kizziah.

4. Ms. Kizziah agrees to comply with all laws, rules and regulations of the United States District Court for the Northern District of Alabama.

5. Ms. Kizziah agrees to become a registered user of the ECF system for the United States District Court for the Northern District of Alabama.

6. Along with a copy of this application, Ms. Kizziah has submitted a fee of $75.00 to the United States District Court for the Northern District of Alabama.

**WHEREFORE**, **PREMISES CONSIDERED**, Plaintiff and their counsel, Andrew S. Ladores, Esquire, hereby respectfully move this Court to enter an order admitting Kristin M. Kizziah, Esq. *pro hac vice*, to appear and practice in this Court as co-counsel in the above-captioned action and all matters arising out of or related to this action.

Respectfully submitted this 21st day of May, 2021.

Attorneys for the Plaintiff

Andrew S. Ladores (LAD007)
Ladores Law Firm, LLC
1929 3rd Avenue North
Suite #600
Birmingham, AL 35203
Cell:   (407) 761-2166
Fax:    (407) 369-4675
Email:  aladoreslaw@gmail.com

2

## **CERTIFICATE OF SERVICE**

      This certifies that I have on this the 21st day of May, 2021, served a copy of the Plaintiff's Motion to Remand by electronic filing to all attorneys of record on the Court's CMECF system and by U.S. mail to any parties pro-se.

_/s/ Andrew S. Lado_
OF COUNSEL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KAYLEIGH TILLMAN**, a minor by and through her mother and next of friend Kourtney Tillman,<br><br>    Plaintiff,<br><br>vs.<br><br>**STARBUCKS CORPORATION**, *et. al.*,<br><br>    Defendant(s). | **CASE NO.:**<br><br>**7:20-CV-01105-LSC** |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2021, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Kristin M. Kizziah, it is hereby ORDERED that Plaintiffs' motion is GRANTED and Kristin M. Kizziah, Esquire is admitted to appear and practice in this Court as co-counsel for Plaintiff in the above-captioned action and all matters arising out of or related to this case.

                                            BY THE COURT:

                                            _____
                                            JUDGE

.